UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ALANIS-GARZA,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:17-cv-00046<br>(Criminal Action 1:15-cr-000550) |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 12). The R&R recommends dismissing with prejudice Daniel Alanis-Garza's "Defendant's 28 USC § 2255 Collateral Attack Motion Contesting Predicates Under Hinkle/Mathis Infra" (Docket No. 1). The deadline to respond to the R&R was July 19, 2018; no objections were filed. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Daniel Alanis-Garza's "Defendant's 28 USC § 2255 Collateral Attack Motion Contesting Predicates Under Hinkle/Mathis Infra" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this 9th day of August, 2018.

Rolando Olvera
United States District Judge